# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

### Clerk's Minutes

### 23-cv-363 JCH/GBW

*Vela v. Sterigenics U.S., LLC et al.*

### Date of Hearing:    8/21/2024
*(not recorded)*

**Attorney for Plaintiff:**        Mark Bracken

**Plaintiff:**        Carolina Lozano-Vela

**Attorney for Defendant:**        Alex Walker

**Defendant Representative:**        Kelly Callam

**Proceedings**:        Settlement Conference

   *Start Time*:        10:30 a.m.
   *Stop Time*:        2:30 p.m.
   **Total Time:**        **4 hours**

**Clerk**:        EES

**Notes**:

- The parties reached a settlement.