IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAROLINA LOZANO VELA,

    Plaintiff,

v.                                         Civ. No. 23-363 JCH/GBW

STERIGENICS U.S., LLC, *et al.*,

    Defendants.

### ORDER DENYING AS MOOT REQUEST FOR ATTORNEY FEES

THIS MATTER comes before the Court upon review of the record. On May 13, 2024, Defendant Sterigenics U.S., LLC ("Sterigenics") filed a Motion to Compel Plaintiff to Provide Complete Discovery Responses in which it moved the Court to compel Plaintiff to provide discovery responses and to pay the attorneys' fees and costs that Defendant Sterigenics incurred in connection with the Motion to Compel. *Doc. 40* at 1. After Plaintiff declined to file a timely response to the Motion to Compel, Defendant Sterigenics filed a reply and renewed its request for attorneys' fees. *Doc. 41* at 2. On June 5, 2024, the Court granted Defendant Sterigenics' Motion to Compel and ordered Plaintiff to respond to the request for attorneys' fees. *Doc. 43*. Plaintiff responded on June 12, 2024. *Doc. 49*.

On August 21, 2024, the parties reached a settlement based upon their negotiations at the settlement conference held by the Court. *Doc. 58*. Based on this settlement, the Court will deny the request for attorney fees as moot.

IT IS THEREFORE ORDERED that Defendant Sterigenics's request for attorney fees based on its Motion to Compel (*doc.* 40) is DENIED AS MOOT.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE